**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00835-CV

**MARK POWELL YABLON, Appellant**

**V.**

**MARY ELIZABETH YABLON, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-51636-2009**

## ORDER

The Court has before it appellee's January 7, 2013 motion to dismiss and appellant's February 4, 2013 response to that motion. The Court **DENIES** the motion at this time.

/s/ ELIZABETH LANG-MIERS
JUSTICE